**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| **Plaintiff** | \* |
| | \* |
| v. | \* |
| | \* |
| **ONE 2104 ROLLS ROYCE PHANTOM AUTOMOBILE, WITH VEHICLE IDENTIFICATION NUMBER SCA681S57EUX73086;** | \*  Civil Action No. 18cv1228 (RDM) |
| | \* |
| **$79,806.57 OF FUNDS ASSOCIATED WITH LUOVA CONCEPT, LLC; and** | \* |
| | \* |
| **$7,987.70 OF FUNDS ASSOCIATED WITH LUOVA CONCEPTS, LLC** | \* |
| | \* |
| **Defendants** | \* |

_____

# CLAIMANTS' RESPONSE TO GOVERNMENT'S NOTICE REGARDING VERIFIED CLAIM OF JASON WONG

The Claimants, Luova Concepts, LLC, Luova Concepts Limited and Nedcomaoks Limited (hereinafter "Claimants"), by and through their undersigned counsel, and states that it objects to Government's Notice regarding Verified Claim of Jason Wong and further states that they contests Claimant Jason Wong's Verified Claim and will challenge it.

                                        Respectfully submitted
                                        **THE IWEANOGES' FIRM, P.C.**

By:___/s/*CJudeIweanoge*/s/_____
                    C. Jude Iweanoge, DCB#493241
                    **IWEANOGE LAW CENTER**
                    1026 Monroe Street, NE
                    Washington, D.C. 20017-1760
                    Phone: (202) 347 – 7026

Fax: (202) 347-7108<br>
Email jci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2018, a copy of the foregoing Response to Government's Notice was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Government through the court's e-file system.

_____/s/<i>CJudeIweanoge</i>/s/_____<br>
C. Jude Iweanoge