**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            ) | |
|                          ) | |
|                 **Plaintiff,**      ) | |
|                          ) | |
|           **v.**                     ) | |
|                          ) | |
| **ONE 2014 ROLLS ROYCE PHANTOM**   ) | |
| **AUTOMOBILE, WITH VEHICLE**       ) | **Civil Action No. 18-1228 (RDM)** |
| **IDENTIFICATION NUMBER**          ) | |
| **SCA681S57EUX73086;**              ) | |
|                          ) | |
| **$79,806.57 OF FUNDS ASSOCIATED**  ) | |
| **WITH LUOVA CONCEPT, LLC; and**    ) | |
|                          ) | |
| **$7,987.70 OF FUNDS ASSOCIATED**    ) | |
| **WITH LUOVA CONCEPT, LLC,**        ) | |
|                          ) | |
|                 **Defendants.**    ) | |
| _____ ) | |

**GOVERNMENT'S MOTION FOR APPROVAL OF THE**
**INTERLOCUTORY SALE OF DEFENDANT VEHICLE BELOW RESERVE PRICE**

      The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves pursuant to Rule G(7)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules") for an order authorizing the interlocutory sale of property subject to forfeiture in this case, specifically, one 2014 Rolls Royce Phantom automobile, bearing Vehicle Identification Number SCA681S57EUX73086, which law enforcement seized on or about November 16, 2017 ("the Defendant Vehicle"), below the reserve price the Court listed in its November 5, 2018 Order regarding the interlocutory sale, to wit: $220,000. ECF 27. In support of its motion, the Government provides as follows:

1

1.      On November 5, 2018, this Court concluded that "interlocutory sale of the Defendant vehicle is warranted under Rule G7(b)(i)" in light of the rapid projected depreciation of the value of the Defendant Vehicle, and the extensive storage costs the Defendant Vehicle would incur during the pendency of this action.  Id. at 3. The Court ordered the United States to sell the Defendant Vehicle using "commercially reasonable means," and specifically authorized the sale if an offer on the vehicle was made in an amount over $220,000.

2.      Shortly thereafter, the United States listed the Defendant Vehicle in an online auction hosted by the United States Department of Treasury scheduled to end on Monday, December 17, 2018.  The auction was managed through Customs and Border Protection and associated contracting entities. At the conclusion of the auction, the highest bid was $213,375.00, which amounts to $6,625.00 below the reserve price the Court set in its November 5, 2018 order.

3.      The Government respectfully requests, and submits that there is good cause, to proceed with the interlocutory sale of the Defendant Vehicle at the current highest bid of $213,375.00.  The Government auctioned the property in a commercially reasonable manner. Moreover, as the Court noted in its Order granting the Government's motion for interlocutory sale, the reserve price the Court set was "more than sufficient to preserve the value" of the Defendant Vehicle.

4.      In its Order, the Court calculated that the Defendant Vehicle would, in light of the length of the discovery timeline in this case, incur approximately $22,000 of loss in depreciation and storage costs.  The United States submits that $213,375 is a reasonable price and protects the interests of the parties in this case.

5. Undersigned counsel spoke to counsel for the Defendant Vehicle. Defendant Vehicle's counsel indicated that he had not yet spoken to his clients, and therefore could not take a position on the instant motion.

WHEREFORE, the United States of America respectfully moves that the Court enter the attached Order granting its motion for approval of the sale of the Defendant Vehicle below the Court's previously set reserve price.

Dated: December 18, 2018
Washington, D.C.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: */s/ Arvind Lal*_____
Arvind Lal
Assistant United States Attorney
D.C. Bar No. 389496

Chris Kaltsas
Special Assistant United States Attorney
N.J. Bar No. 158592016

United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
arvind.lal@usdoj.gov
chris.kaltsas@usdoj.gov
(202) 252-7688 (Lal)
(202) 252-7785 (Kaltsas)