**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ) | |
| **ONE 2014 ROLLS ROYCE PHANTOM** ) | |
| **AUTOMOBILE, WITH VEHICLE** ) | Civil Action No. 18-CV-1228 (RDM) |
| **IDENTIFICATION NUMBER** ) | |
| **SCA681S57EUX73086;** ) | |
| ) | |
| **$79,806.57 OF FUNDS ASSOCIATED** ) | |
| **WITH LUOVA CONCEPT, LLC; and** ) | |
| ) | |
| **$7,987.70 OF FUNDS ASSOCIATED** ) | |
| **WITH LUOVA CONCEPT, LLC,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CLAIMANTS' RESPONSE TO GOVERNMENT'S MOTION FOR APPROVAL OF THE INTERLOCUTORY SALE OF DEFENDANT VEHICLE BELOW THE RESERVE PRICE

Claimants, Luova Concepts, LLC, Luova Concepts Limited and Nedcomaoks Limited, and in response to the Government's Motion state that they do not take any position regarding the government's requested relief, but will defer to the Court.

                                              Respectfully submitted
                                              **THE IWEANOGES' FIRM, P.C.**

By:       /s/
                              C. Jude Iweanoge (DCB#: 493241)
                              **IWEANOGE LAW CENTER**
                              1026 Monroe Street, NE
                              Washington, D.C. 20017-1760
                              Phone: (202) 347 – 7026
                              Fax: (202) 347 -7108
                              Email jci@iweanogesfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2018, a copy of the foregoing response was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Government and Claimant Wong through the court's e-file system.

/s/
C. Jude Iweanoge